PS8
(8/88)

# United States District Court
for the
**Eastern District of Michigan**

U.S.A. vs. **CATO, Bryce**                                                                 Docket No. **22-30021-01**

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Susan Dely, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant **Bryce Cato,** who was placed under pretrial release supervision by Your Honor sitting in the court at <u>Detroit, Michigan</u>, on January 25, 2022, under the following conditions:

A bond was set in the amount of $10,000.00 Unsecured Bond with the conditions he report to Pretrial Services as directed, continue or actively seek employment. Provide verification to the supervising officer as requested, remain employed with grandfather, enroll in an education program to obtain GED or something comparable, do not possess a firearm, destructive device, or other dangerous weapon, participate in a mental health assessment/mental health treatment as directed by Pretrial Services, reside at bond address, and any changes in residence must be pre-approved by Pretrial Services, do not use or unlawfully possess a narcotic drug or other controlled substance unless prescribed by a licensed medical practitioner, submit to drug testing/treatment as directed by Pretrial Services, and location monitoring-curfew as directed by Pretrial Services.

**Respectfully presenting petition for action of court and for cause as follows**:

(if short insert here; if lengthy write on separate and attach)

**Failure to refrain from the use of illegal substances:**
The defendant submitted positive urinalysis for marijuana on August 11 and August 16, 2022. He then tested negative on September 15, 2022. He again tested positive for marijuana on October 27, 2022, and later tested negative on November 30, 2022. The defendant denied use of marijuana.

On January 10, 2023, the defendant submitted a urinalysis which was positive for oxycodone. The defendant does not have a prescription for any prescribe opiate medications. The defendant admitted he took a pill which he admits that he did not know what it was.

**Participate in mental health and substance abuse treatment as directed:**
The defendant is required to attend individual substance abuse treatment sessions at Meridian in Pontiac, Michigan; it has been reported the defendant is not attending sessions as recommended. The defendant is to attend treatment at Easter Seals in Pontiac, Michigan; it has been reported the defendant is not attending sessions as recommended.

**Enroll in an education program to obtain GED or something comparable:**
The defendant is not enrolled in an education program.

**Remain employed by grandfather:**
The defendant is not employed with his grandfather; he has obtained employment but has not been able to maintain consistent employment and provide verification of the same.

Assistant United States Attorney Matthew Roth and Defense Counsel Bright Wright have been made aware of this request.

**PRAYING THAT THE COURT WILL ORDER a Bond Review Hearing to be held on February 15, 2023, 2023 at 1:00 am/pm so that the defendant, Bryce Cato, can provide the court with reasons as to why bond should be continued in this matter.**

ORDER OF COURT

Considered and ordered this 10th day of February, 2023 and ordered filed and made a part of the records in the above case.

*Elizabeth A. Stafford*
Elizabeth A. Stafford
United States Magistrate Judge

I declare under penalty of perjury that the foregoing is true and correct

Executed on February 10, 2023

*Susan Deley*
U.S. Pretrial Services Officer
(313) 234-5334

Place: Detroit